101 F.3d 691
 Rafael Oberti, By Parents Carlos Oberti, Jeanne Oberti
v.
Board of Education of Borough of Clementon School District,
William Sherman, as Superintendent of School District of
Borough of Clementon, Steven K. Leibrand, James P. Dailey,
Sara A. Parazino, Roberth H. Moran, James D. Murray, Irene
J. Buchalter, Harry F. Gahm, Earl F. Hettel, Ora Lee
Wooster, III, William Norcross, as Members of Board of
Education of Borough of Clementon
 NO. 95-5674
 United States Court of Appeals,
Third Circuit.
 Oct 21, 1996
 
 Appeal From: D.N.J., No. 91-cv-02818,
 Gerry, J.
 
 
 1
 AFFIRMED.